UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD J. ALLISON,<br><br>Plaintiff<br><br>v.<br><br>CLARK COUNTY DETENTION CENTER,<br><br>Defendant. | Case No.  2:22-cv-00805-RFB-EJY<br><br>**ORDER** |

I.      **DISCUSSION**

On May 20, 2022, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted what appears to be a proposed civil rights complaint under 42 U.S.C. § 1983.  ECF No. 1-1.  However, Plaintiff's submission does not comply with Local Special Rule 2-1.  Plaintiff also did not submit an application to proceed *in forma pauperis* or pay the $402 filing fee in this matter.

A.      **Plaintiff's Initiating Document**

The Court notes that Plaintiff's document at ECF No. 1-1 does not comply with Local Special Rule 2-1 ("LSR 2-1").  Under LSR 2-1, a civil rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by the Court <u>or must be legible and contain substantially all the information called for by the Court's form</u>.  Plaintiff's complaint does neither.

B.      **There is No Application to Proceed** *in Forma Pauperis*

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to commence a civil action may apply to proceed *in forma pauperis*, which allows the inmate to file the civil action without prepaying the $402 filing fee.  To apply for *in forma pauperis* status, the inmate must submit <u>all three</u> of the following documents to the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, on this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3),

    (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

    (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. If Plaintiff has not been at the facility a full six-month period, Plaintiff must still submit an inmate account statement for the dates he has been present at the facility.

## II.    ORDER

IT IS HEREBY ORDERED that the Clerk of the Court will send Plaintiff the approved form for filing a § 1983 complaint, instructions for the same, and a copy of his original document at ECF No. 1-1.

IT IS FURTHER ORDERED that Plaintiff will have until **August 5, 2022** to submit a complaint in compliance with LSR 2-1.

IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **August 5, 2022**, Plaintiff will either pay the $402 filing fee for a civil action (which includes the $350 filing fee and the $52 administrative fee) or file with the Court:

    (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two signatures on page 3),

    (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

    (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that, if Plaintiff does not file a complaint in compliance with LSR 2-1 and a complete application to proceed *in forma pauperis* with all three documents or pay the $402 filing fee for a civil action on or before **August 5, 2022**, the Court will recommend dismissal

of this action <u>without prejudice</u> for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff is able to file a compliance in compliance with LSR 2-1, has all three documents needed to file a complete application to proceed *in forma pauperis* or pays the the $402 filing fee.

DATED this 3rd day of June, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE